# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Shawn Gaston )
_____ )
_____ )  Case Number: 24-2529-SM
_____ )      *(Clerk's Office will provide)*
*Plaintiff(s)/Petitioner(s)* )
v. )
) ☑ CIVIL RIGHTS COMPLAINT
) pursuant to 42 U.S.C. §1983 (State Prisoner)
WARDEN Anthony willis leToya Hughes ) ☐ CIVIL RIGHTS COMPLAINT
Counsiler Lewis   Paige long ) pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Kevin Reichet   Jennifer Alu.s ) ☐ CIVIL COMPLAINT
Don loftus  Illinois Dept of public Heal) pursuant to the Federal Tort Claims Act, 28 U.S.C.
*Defendant(s)/Respondent(s)* ) §§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:**   Shawn Gaston

A.   Plaintiff's mailing address, register number, and present place of confinement.

P.o. Box 1000     #m24670

Menard Correctional Center

**Defendant #1:**

B.   Defendant ___Anthony wills___ is employed as
        (a)    (Name of First Defendant)

___WARDEN___
       (b)    (Position/Title)

with ___Menard Correctional Center  P.o. Box 1000___
       (c)    (Employer's Name and Address)

___Menard  IL  62259___

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain:
He was The warDen of menard Correctional Center At The time This Complaint aRose

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _letoya    hughes_ is employed as

(Name of Second Defendant)

_Director_

(Position/Title)

with _I.D.oC_    _1301 Concordia Court Springfield_

(Employer's Name and Address)

_IL 62794_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If you answer is YES, briefly explain:

letoya Hughes was The Director of The Illinos Department of Correctios

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant: Jennifer Aluis
    Counsler
    Menard Correctional po. Box 1000 menard, IL 62259

Defendant: R uory
    Counslee
    menard correctional P.o. Box 1000 menard, IL 62259

Defendant: Jon loftus
    Administrative Review Board 1301 Concordia court
    P.o. Box 19277 Springfield, IL 62794

Defendant: Illinos Department of public Health

Defendant: Food Services Program manager (John Doe)

Rev. 10/3/19

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☑No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):

Defendant(s):

2.    Court (if federal court, name of the district; if state court, name of the county):

3.    Docket number:

4.    Name of Judge to whom case was assigned:

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

Rev. 10/3/19

7.    Approximate date of filing lawsuit:

8.    Approximate date of disposition:

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

## III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution?  ☑ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?                                    ☑ Yes    ☐ No

C.    If your answer is YES,
     1.    What steps did you take?
       Filed Grievance Sent it to the counsler
       Sent Grievance to Grievance officer
       mailed to Administrative Review Board

     2.    What was the result?
       Jon Loftus comment: Does not follow Dr 504 F.
       Appeal was Recieved 30 Days past The C.A.O
       Decision.

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                        ☐ Yes    ☐ No

F.    If your answer is YES,
     1.    What steps did you take?

Rev. 10/3/19

2.    What was the result?

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

Rev. 10/3/19

**IV.    STATEMENT OF CLAIM**

**A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.**

On 10/12/23 in Menard Correctional Center (IDoc) Segregation third Shift Served me And the entire North two Cellhouse Bugs in our Breakfast Trays. All Kitchen Supervisors Observe And Double Check the Trays Before the Trays leave the kitchen

North two Staff then check the trays Before the workers Are Allowed to pass out the Trays. us individuals in Custody Complained to every officer in the Building, including Sgt, Lt, & majors I wrote A Grievance (See Attached Grievance) where Counsler Jennifer Alwis (Named party) Did Nothing about it. The Grievance Then went thru R vory, Kevin Reichet Anthony wills And Paige long (all Named inths Suit) No one Did Anything. I Never Seen Sick Call, And I was Never told How they were Going to prevent it for Happening Again.

This is a violation of My eigth Amendment (U.S. Constitution) The Trays they fed us was trays that must Be Cleaned And up to Illinois Department of public Health's Code. They must Be Cleaned Then Kitchen Supervisors And North two Staff. Kitchen Supervisor (John Doe) Admitted to Bugs Called "weebles" Being in the oatmeal When he was Called to The Cell House

Everyone Named in ths Suit is equally Responsible for Me Being Served Trays And Nothing Being Done After the fact.

Rev. 10/3/19

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

1.) A Declaration that the acts and omissions described Herein violated plaintiffs Rights under the constitution and laws of the united states

2.) A preliminary and permanent injunction ordering Defendants to follow laws, codes, & Regulations implemented By the Illinois Dept of public Health

3) Compensatory Damages in The Amount of $100,000 Against each Defendant Jointly and Separately.

4.) Punitive Damages in the Amount of $100,000 Against each Defendant (see additional Request for Relief)

## VI.    JURY DEMAND (check one box below)

The plaintiff ☑ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:    11/15/24
              (date)

_____
Signature of Plaintiff

P.o. Box 1000
_____
Street Address

Shawn Gaston
_____
Printed Name

Menard, IL 62259
_____
City, State, Zip

# M24670
_____
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

## United States District Court
### SOUTHERN DISTRICT OF ILLINOIS

Shawn Gaston )
 Plaintiff, )
 )
VS. )                        Case No.: _____
 )
_____ )
 Defendant )

## NOTICE OF FILING

TO:  United States District Court            TO:  _____
750 Missouri Ave                                   _____
East St Louis, IL 62201                            _____
_____                             _____

TO:  _____            TO:  _____
_____                       _____
_____                       _____
_____                       _____

PLEASE TAKE NOTICE that on __11/__, 20_24_, I have provided service to the person(s) listed above by the following means:

☐      Electronically filed through _____ Correctional Law Library

☑      Institutional mail at __Menard__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: _11/15/24_

/s/ _____
NAME: _Shawn Gaston_
IDOC#: _M24670_
_Menard_ Correctional Center
P.O. Box _1000_
_Menard_, IL _62259_

Relief Requested (continued...)

5.) A trial Jury on All issues triable by Juck

6.) Plaintiff's Cost in this Suit

7.) Any additional Reliefs the Court Deems just, proper, and equitable

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

RV N2-1-13

| 1st Lvl rec: | | | | 2nd Lvl rec: |
|---|---|---|---|---|

| Date: 10/15/23 | Offender (please print): Shawn Gaston | ID #: M24070 | Race (optional): B/K |
|---|---|---|---|

| Present Facility: MENARD | Facility where grievance issue occurred: MENARD |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [x] Dietary
- [ ] Other (specify): _____
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

K4-1023-0798

_____ MEN NOV 21
Date of report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Boa
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

On 10/12/23 At Approx 4:15A.M N2 1 Gallery Breakfast trays were being passed out. As I started eating I over heard Individuals on 1 And 3 Gallery Saying there's "Bugs in the Food." I immediately turn on my cell light and there was Indeed Bugs in the oatmeal For the next 2 Days I had Disharehea & uncontrollable vomiting. I know that there health and Safety Protocols in place to prevent incidents like this

- [ ] Continued on reve

**Relief Requested:**

For the Board of health to Be notified As well As Springfield And legal Action to Be taken

[x] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

| Offender's Signature | M24070 ID# | 10/15/23 Date |
|---|---|---|

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 10/20/2023    [x] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

The North Two Major was Made aware of the situation and the individuals were issued a new breakfast tray. If the individual had complaints of feeling ill they were offered medical care. If the individual has further Medical complaints they May submit a nurse sick call per procedure.

| R Van Print Counselor's Name | Sign Counselor's Name | 11/15/2023 Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance offi

**EMERGENCY REVIEW:**    Date Received: MEN ___ 2023    MEN OCT 1 3 2023    16A Bugs in Foo

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature | 10.17.23 Date |
|---|---|

Distribution: Master File, Offender            Page 1 of 2

RECEIVED
OCT 15 2024
ADMINISTRATIVE
REVIEW BOARD

Assigned Grievance #/Institution _____    _____    Housing Unit _____    Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec _____    2nd Lvl rec: _____

And just Because we're in Custody doesn't mean that we should Be Subjected to inhumane Conditions

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

### Grievance Officer's Report

| | | |
|---|---|---|
| Date Received: 11/21/2023 | Date of Review: 01/17/2024 | Grievance #: K4-1023-0798 |
| Individual in Custody Name: Gaston, Shawn | | ID#: M24670 |

**Nature of Grievance:**

Dietary/Staff Conduct - Bugs in food

**Facts Reviewed:**

Individual in custody submitted a grievance dated:10/12/2023 Individual is grieving that on the morning of 10/12/23 he was served a breakfast tray with bugs in it.

Relief Requested: For the board of health to be notified as well as Springfield and legal action to be taken.

Counselor responded on: 11/16/2023 The N2 major was made aware of the situation and the individuals were issued new breakfast trays. If the individual had complaints of feeling ill they were offered medical care. If the individual has further medical complaints they may submit a nurse sick call per procedure.

Grievance Office reviewed on: 01/17/2024 The dietary manager was made to do a corrective action plan to prevent this from happening in the future. All dietary staff are licensed food handlers as required by the Illinois Department of Public Health and the dietary department is cleaned according to IDPH guidelines as well.
Per cell house Major, all Individuals that felt ill were seen by medical. If you have additional medical you may submit a nurse sick call request. Medical staff are in the N2 cell house daily. You may reach out to them as well.

(Continued on back...)

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be DENIED.

**RECEIVED**

OCT 1 5 2024

ADMINISTRATIVE
REVIEW BOARD

| | |
|---|---|
| Jennifer Alvis Counselor I Menard Correctional Center | **Jennifer Alvis** Digitally signed by Jennifer Alvis Date: 2024.01.17 09:06:19 -06'00' |
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

| | | | |
|---|---|---|---|
| Date Received: 01/17/2024 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

| | | |
|---|---|---|
| **Anthony Wills    TK** | Digitally signed by Anthony Wills    TK Date: 2024.01.22 14:40:12 -06'00' | 01/22/2024 |
| Chief Administrative Officer's Signature | | Date |

### Individual in Custody's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Individual in Custody's Signature | ID# | Date |

Distribution:   Master File; Individual in Custody          Page 1          DOC 0047 (Rev. 9/2022)
*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

Administrative personnel were notified immediately, new breakfast trays were issued, medical staff evaluated those
Individuals who felt immediately sick, and a corrective action was put into place to
prevent this from happening again. All steps were taken to remedy and rectify the situation at the time
of its occurrence.

Per AD 05.02.142 All food service operations shall comply with current Illinois Department of Public Health requirements.
All food service employees shall maintain certification in accordance with current IDPH requirements. All food service staff
shall receive annual refresher training provided by the Food Services Program Manager.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Individual in
Custody Name:   Gaston                                   Shawn                                          M24670
                        Last Name                               First Name                      MI        ID#

**Facility:**  Menard

☐ Grievance: Facility Grievance # (if applicable) K4-1023-0798     Dated: 10/15/2023     or ☐ Correspondence: Dated: _____

Received: 10/15/2024     Regarding: Dietary - bug in food, 10/12/23
            Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                    Date

☐ No justification provided for additional consideration.

**Other** (specify): Does not follow DR 504F. Appeal was received 30 days past the CAO decision. _____

_____

Completed by: Jon Loftus _____        _____        10/29/2024
                    Print Name                              Signature                    Date

Distribution:   Individual in Custody            Printed on Recycled Paper            DOC 0070 (Rev. 9/2023)
                Administrative Review Board

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically**. And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

## CERTIFICATE OF SERVICE

I certify that a copy of this ___U.S C  1983___ was mailed/delivered
                              (Name of Document)

to _Un.tED SHAtes District Court  750 Missourion Ave suite 01 on_ _12/19/24_.
   (Name and Address of Party/Attorney)                          (Date)

_____
Signature

_Shawn  Gaston_
Printed Name

---

12. Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13. You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

Page 3 of 4

14.    You have a continuing obligation to keep the Court and each opposing party informed of any change in your address.    The Court will not independently investigate your whereabouts. You must notify the Court in writing of your new address within 7 days after a transfer or other change in address occurs.  Failure to do so may result in dismissal of your case.

15.    Self-representation carries certain responsibilities and risks that a *pro se* litigant should know before proceeding. The court encourages all individuals who are thinking about self-representation to carefully review the risks associated with self-representation and to be aware of the potential consequences. Rule 11 of the Federal Rules of Civil Procedure prohibits the filing of lawsuits that are clearly frivolous or filed merely to harass someone. If, after reviewing your complaint, a judge determines that you have filed a lawsuit for an improper or clearly unnecessary purpose, it may impose sanctions against you, including ordering you to pay a fine to the court or to pay the legal fees of the person or persons against whom you filed the lawsuit. The court has a form motion with which you may request appointment of counsel. If you wish to file such a motion, you may request the appropriate form from the clerk's office. Ordinarily, the court will not consider your motion until **after** you have filed your complaint and permission to proceed without prepaying fees or costs has been granted. Bear in mind that there is no right to counsel in a civil case, and motions to appoint counsel are not automatically granted.

16.    When your complaint is complete, submit it to prison library staff (if you are at an institution that participates in the electronic filing program) or mail the original and any supporting exhibits (and an extra copy if you want a file-stamped copy returned to you), along with the **$405.00** filing fee or a motion to proceed *in forma pauperis*, to either:

**Clerk of the Court**                                      **Clerk of the Court**
**United States District Court**                    **United States District Court**
**Southern District of Illinois**                    **Southern District of Illinois**
**301 West Main Street**                            **750 Missouri Avenue**
**Benton, IL 62812**                                   **East St. Louis, IL 62201**

Shawn Gaston # M24670
P. Box 1000
menard, IL 62259

Correspondence from
Individual in Custody

Legal Mail



US POSTAGE IMI PITNEY BOWES

ZIP 62259 $ 002.04⁰
02 4W
0000387519 NOV 20 2024

MAIL CLEARED
US MARSHALS

Cleek 07 The Colet
united states District Colet
Southern District 07 Illinois
750 Missouri Avenue
East St. Louis, IL 62201

Legal Mail

Legal mail

RECEIVED

NOV 25 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE